# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRK ANTHONY GARNER,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CAROLYN W. COLVIN, Acting<br>Commissioner of Social Security,<br><br>　　　　Defendant | Case No.: 13-cv-03158-PJW<br><br>ORDER AWARDING EQUAL<br>ACCESS TO JUSTICE ACT<br>ATTORNEY FEES AND EXPENSES<br>PURSUANT TO 28 U.S.C. § 2412(d)<br>AND COSTS PURSUANT TO 28<br>U.S.C. § 1920 |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $3,000.00 as authorized by 28 U.S.C. § 2412 and costs in the amount of $0.00 as authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE: August 19, 2014

_____
THE HONORABLE PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE

-1-